UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALFREDO CONTREAS,

          Plaintiff,

-vs-                                     Case No. 6:07-cv-1452-Orl-28KRS

UNBOUND MORTGAGE
CORPORATION, JOHN R. LOWE JOHN
W. LOWE,

          Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement, Motion for Entry of Final Judgment, and Motion to Dismiss Case with Prejudice (Doc. No. 53) filed July 11, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. The Court, however, elects to leave the case open to address a pending issue as to the Third Party Complaint (Doc. No. 32). Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 14, 2008 (Doc. No. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement, Motion for Entry of Final Judgment, and Motion to Dismiss Case with Prejudice (Doc. No. 53) is **GRANTED in part** and **DENIED in part.**

3. The Court finds that the overtime compensation Plaintiff will receive pursuant to the Settlement Agreement is a fair resolution of a bona fide dispute under the Fair Labor Standards Act and thus, the Settlement Agreement between the Plaintiff and Unbound Mortgage Corporation, John R. Lowe and John W. Lowe ("Defendants") is approved.

4. The request to enter the proposed final judgment is **DENIED.**

5. The Court declines to reserve jurisdiction to enforce the Settlement Agreement.

6. The claims between the Plaintiff and Defendants are dismissed with prejudice. The claims between Defendants and Gevity HR, Inc. remain pending.

7. Plaintiff's Motion for Partial Summary Judgment (Doc. No. 49) is **DENIED as moot.**

8. Plaintiff's Emergency Motion for Approval of Settlement of this Matter (Doc. No. 56) is **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7___ day of August, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party